USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 02/20/2025

**GOTTLIEB & ASSOCIATES PLLC**
**ATTORNEYS**

150 E. 18 St., Suite PHR, New York, NY 10003
212 228-9795    www.gottlieblaw.net

February 19, 2025

**MEMO ENDORSED**

**VIA ECF**
The Honorable Paul A. Engelmayer
United States District Judge
United States District Court
Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

> **APPLICATION GRANTED:** The Initial Conference set for 3/4/2025 at 11:30 AM in Courtroom 17D, 500 Pearl Street, New York, NY 10007 is hereby rescheduled to **Monday, April 21, 2025 at 11:00 a.m.** Counsel is reminded that this case has been referred to Judge Parker for General Pretrial duties. Any requests in relation to scheduling should be directed to Judge Parker's chambers.
>
> **APPLICATION GRANTED**
> /s/ Katharine H. Parker
> Hon. Katharine H. Parker, U.S.M.J.
> 02/20/2025

Re: *Murphy v. Amer Sports Winter & Outdoor Company*
Case No.: 1:24-cv-9563

Dear Judge Engelmayer,

The undersigned represents James Murphy, on behalf of himself and all other persons similarly situated ("Plaintiff") in the above referenced matter against Defendant, Amer Sports Winter & Outdoor Company, ("Defendant"). The undersigned respectfully requests that the Initial Conference scheduled for March 4, 2025, at 11:30 AM (Dkt. 4) be adjourned for 60 days because the Defendant was recently served (Dkt. 7) and their counsel has not yet answered or appeared in this action. This request will grant ample time for the Defendant to appear and discuss a possible resolution with Plaintiff's Counsel. This is the Plaintiff's first request for an extension.

Respectfully submitted,

GOTTLIEB & ASSOCIATES PLLC

*/s/Michael A. LaBollita, Esq.*
Michael A. LaBollita, Esq.