**WILSON ELSER**
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/03/2025

**MEMO ENDORSED**

April 2, 2025

**Suma S. Thomas**
914.872.7307 (direct)
Suma.Thomas@wilsonelser.com

<u>Via ECF</u>

Hon. Katherine H. Parker
United States Magistrate Judge
Southern District of New York
500 Pearl Street, Courtroom 17D
New York, NY 10007

**APPLICATION GRANTED:** The Initial Conference set for Monday, April 21, 2025 at 11:00 a.m. in Courtroom 17D, 500 Pearl Street, New York, NY 10007 is hereby rescheduled to <u>Thursday, May 8, 2025 at 2:00 p.m.</u>

APPLICATION GRANTED

*[signature]*
Hon. Katharine H. Parker, U.S.M.J.
04/03/2025

Re:   *James Murphy on behalf of himself and others similarly situated v. Amer Sports Winter & Outdoor Company, Case No. 1:24-cv-09563-PAE-KHP*

Dear Judge Parker:

    This firm represents defendant Amer Sports Winter & Outdoor Company ("Amer Sports") in the above-referenced matter.

    We write to respectfully request an adjournment of the Initial Conference set for April 21, 2025 at 11:00 AM. The handling attorneys for Amer Sports will be out of the office that day for the Easter holiday. We conferred with counsel for Plaintiff, who consented to adjourning the conference to be rescheduled to a date at the Court's convenience. This is the first such request by Amer Sports.

    Thank you for your time.

                       Respectfully,

                       Wilson Elser Moskowitz Edelman & Dicker LLP

                       *Suma S. Thomas*
                       Suma S. Thomas

cc: All counsel of record (via ECF)

1133 Westchester Avenue • White Plains, NY 10604 • p 914.323.7000 • f 914.323.7001

Albany • Atlanta • Austin • Baltimore • Beaumont • Boston • Chicago • Dallas • Denver • Edwardsville • Garden City • Hartford • Houston • Indiana • Kentucky
Las Vegas • London • Los Angeles • Miami • Michigan • Milwaukee • Missouri • New Jersey • New Orleans • New York • Orlando • Philadelphia • Phoenix
San Diego • San Francisco • Sarasota • Stamford • Virginia • Washington, DC • Wellington • White Plains

wilsonelser.com