USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/7/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JAMES MURPHY,

                                         Plaintiff,

                 -against-

AMER SPORTS WINTER & OUTDOOR
COMPANY,

                                         Defendant.
-----------------------------------------------------------------X

24-CV-9563 (PAE) (KHP)

**ORDER CONVERTING INITIAL CASE MANAGEMENT CONFERENCE TO TELEPHONIC PROCEEDING**

**KATHARINE H. PARKER, United States Magistrate Judge:**

       In light of the parties' request in their proposed case management plan (ECF No. 23 at ¶ 15) to adjourn or, alternatively, convert the upcoming initial case management conference to a telephonic proceeding, said conference scheduled for **Thursday, May 8, 2025 at 2:00 p.m.** is hereby converted to a telephonic proceeding. At the scheduled time, the parties shall call Judge Parker's court conference line at **(646) 453-4442, conference ID 531 063 494#. In the future, requests for adjournments and similar requests should be made by a letter filed on the docket.**

       SO ORDERED.

DATED:    May 7, 2025
              New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge