```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/8/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JAMES MURPHY,

                          Plaintiff,

      -against-

AMER SPORTS WINTER & OUTDOOR
COMPANY,

                          Defendant.
-----------------------------------------------------------------X

24-CV-9563 (PAE) (KHP)

**POST-CONFERENCE ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

On May 8, 2025, the parties appeared before the undersigned for an initial case management conference. As discussed at the conference and set forth below:

Amendments to the pleadings and joinder of parties shall be due **by May 30, 2025** and thereafter only upon a showing of good cause.

The parties shall complete fact and expert discovery **by October 17, 2025**. Affirmative expert reports must be served **by August 29, 2025**. Rebuttal expert reports must be served **by September 30, 2025**.

Plaintiff shall provide Defendant with a copy of its consultant's report **by May 22, 2025**.

    **SO ORDERED.**

Dated: May 8, 2025
       New York, New York

                                                           *Katharine H. Parker*
                                                           KATHARINE H. PARKER
                                                           United States Magistrate Judge