```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/02/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JAMES MURPHY,

                                    Plaintiff,

        -against-

AMER SPORTS WINTER & OUTDOOR
COMPANY,

                                  Defendant.
-----------------------------------------------------------------X

**24-CV-9563 (PAE) (KHP)**

**ORDER ADJOURNING
SETTLEMENT CONFERENCE**

**KATHARINE H. PARKER, United States Magistrate Judge:**

      In light of the Notice of Settlement filed on July 1, 2025 (doc. no 28) the Settlement Conference currently scheduled for **July 9, 2025** is hereby adjourned *sine die*.

      **SO ORDERED.**

DATED:   July 2, 2025
               New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge